Alexander Nechamkin, an Infant, by Samuel Nechamkin, His Guardian ad Litem, Respondent, v. Emil J. Winterroth, Defendant, and Valentine J. Faeth, Appellant, Doing Business under the Firm Name, etc., and Another.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Albert F. Anderson, Respondent, v. Independent Lamp and Wire Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Aktieselskabet Oversoisk Tobaks Import, Otherwise Known as The Overseas Tobacco Import, Ltd., v. E. Luca Manousso and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

The Fitzgerald Manufacturing Company v. Mollie King Alexander, Formerly Mollie King.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Mary Jacobs and Others v. Moses M. Lask.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

The People of the State of New York ex rel. Siegel and Others v. John J. Lyons.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Emil W. Wagner and Others v. James D. Gabler.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Frances A. Ballard, as Receiver, etc., v. McCormack, Inc.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Luvan Silk Company, Inc., v. Max Edison.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Isaac Seltzer v. William M. Barrett, as President, etc.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Isack W. Heyman and Another v. New York and Pennsylvania Company.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Stephen H. Dorr and Others v. Louis A. Epstein and Another.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of Thomas H. Hubbard, Deceased.— Motion granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

The A. C. & H. M. Hall Realty Company v. Leon Sidney Moos and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.